FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

JAMIE S. MCPherson

_____

_____

(Enter above full name of plaintiff or plaintiffs)

v.

Correct Health Contractor Medical Provider, Nurse Jackie Harnett Chatham Count Sheriff Department Facility, Sheriff John T Wilcher

(Enter above full name of defendant or defendants)

I. Previous lawsuits

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?   Yes ____ No ✓

  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

  1. Parties to this previous lawsuit:

     Plaintiffs: N/A

     Defendants: _____

  2. Court (if federal court, name the district; if state court, name the county):

     N/A

  3. Docket number: _____

  4. Name of judge assigned to case: N/A

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):
N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? N/A        Yes _____ No _____

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
Yes _____ No ✓

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: N/A

   Defendants: _____

2. Court (name the district):
   N/A

3. Docket number: N/A

4. Name of judge assigned to case: N/A

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):
N/A

6. Approximate date of filing lawsuit: N/A

2

7. Approximate date of disposition: ___N/A___

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees?   N/A   Yes ____ No ‒‒‒

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?   N/A   Yes ____ No ✓

1. If your answer to C is yes, name the court and docket number for each case:

    ___N/A___

II. Place of present confinement: __CHATHAM County Sheriff Dept.__

A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ____

B. Did you present the facts relating to your complaint to the appropriate grievance committee?   Yes ✓ No ____

C. If your answer to B is yes:

1. What steps did you take? I Filed a grievance on the kiosk, and also to the medical Department on their grievance For medical Department.

2. What was the result? They Denyed my grievance by stating I sent it to the wrong Department when the kiosk states very clearly of what Department or category

3

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ___ No ✓

If yes, what was the result? This is the begining of procedure other than grievances)

D. If you did not utilize the prison grievance procedure, explain why not: I did utilize procedure at hand

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Jamie S. McPherson
Address: 1074 Carl Griffin Dr.
CCDC 1A3
Savannah GA. 31405

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Nurse Jackie Hornett
Position: Nurse of Medical
Place of employment: Sheriff Department of Correct
Current address: Health facility,
1074 Carl Griffin Dr, Savannah GA 31405

C. Additional defendants: Correct Health Medical Provider located at the Sheriff Department Complex located at 1074 Carl Griffin Dr. Savannah GA 31405.

4

IV:   Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Need to INForm sheriff John T Wilcher Commander & Melissa Kohn~~we~~ Assistant Jail Administrator of The sheriff Department facility, of a "Medical INcident" That occured oN The Date of 3/27/2019, AT Approximately between (6:20 am) & (6:30 am) I (Jamie S McPherson), weNt to have My Diabetes checked by Nurse horNett. She stated, My (Diabetes) was (113), Nurse horNett then Administered "INsuliN" That was Not proscribed by LiceNse Physician or Medical Provider, When I got back From having My Diabetes checked I Ate Breakfast. Then I proceeded to My Room and Past out and when I Regained ConscienceNess. I was INcoherent, Fatigue and Nervous, I then iNForm the Wing officer Mrs. McCollough of My "Medical Condiction." She then Related My Condiction to her Supervisor, Corparol Kendall. He Accused me of "lieing" to AN officer and then threaten me by throwing me into Isolation, by which was "witNessed" wing officer Mrs. McCollough. Then I was tRaNsported to Medical Examination by LiceNse physician/Medical Provider

his Expert prognosis was that the iNsullin that was Administered Droped My sugar Level Extremly below Normal.

V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Maximum Relief sort Medical Expense sorted on the basis, Pain, Suffering, Mental Anguish, and grounds of Necessary Secondary "Analyses" based on Expert Determination and Necessary Needed Labwork that needs to be done. In Determining if the Pancrease is now still producing enough insulin that the body needs in being self sufficent, and an "Analyses, Expert Determination in Determining wherer theirs been any Pancreatic Damage that has been done.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27 day of MArch, 2019

Prisoner No. _____

_Janee McPhersone_
(Signature of Plaintiff)

6

Mr. Jamie McPherson
1074 Kra Griffin Dr.
Savannah, GA 31405



Clerk, U.S. District Court
Post Office Box 8286
Savannah, Georgia 31412