# United States District Court
## Southern District of Georgia

JAMES S. MCPHERSON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:19-cv-87

NURSE JACKIE HORNETT; CORRECT HEALTH MEDICAL; CHATHAM COUNTY SHERIFF DEPARTMENT; and SHERIFF JOHN T. WILCHER,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated July 2, 2019, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Accordingly, this case is dismissed without prejudice and stands closed.

Approved by: _____



July 19, 2019  
Date

Scott L. Poff  
Clerk

_____  
(By) Deputy Clerk